UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ASIM SEYAL ) | CASE NO: |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED AIRLINES, INC. ) | APRIL 4, 2025 |
|     Defendant. ) | |

**COMPLAINT**

Plaintiff, Asim Seyal, brings this action against Defendant, United Airlines, Inc., and alleges as follows:

**INTRODUCTION**

1. This is a personal injury action for damages arising out of personal injuries and damages sustained by the Plaintiff, Asim Seyal, ("Plaintiff"), while a passenger on a domestic flight traveling *en route* between Los Angeles International Airport in Los Angeles, California and Newark Liberty International Airport in Newark, New Jersey.

2. The Plaintiff was traveling to Newark, New Jersey from Los Angeles, California on United Airlines Flight # UA1700 that was operated by the Defendant, United Airlines, Inc. ("United Airlines").

3. The Plaintiff suffered injuries as a result of a dangerous and/or defective condition which existed within the passenger compartments of the defendant's aircraft.

4. The Plaintiff, a paying passenger on this domestic flight, suffered personal injuries as a result of this dangerous and/or defective condition.

## JURISDICTION

5. This Court has diversity jurisdiction because there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00, exclusive of costs, interest and attorneys' fees. U.S.C. Sec. 1332(a)(2).

6. This Court has personal jurisdiction over the Defendant, United Airlines, because it maintains sufficient business contacts and engages in commerce within the State of Connecticut.

7. This Court has personal jurisdiction over the Plaintiff because he resides in Bridgeport, Connecticut.

8. Venue in the Judicial District of Connecticut is proper because the Plaintiff's principal and permanent place of residence is in the State of Connecticut.

## PARTIES

9. The Plaintiff, Asim Seyal, at all times relevant herein, is a citizen of the United States and a resident of Bridgeport, Connecticut.

10. The Defendant, United Airlines, is a Delaware Corporation operating a domestic and international airline with a principal place of business located in Chicago, Illinois. It is also a registered business entity in Connecticut and can be served through a registered agent, Corporation Service Company, Goodwin Square, 225 Asylum Street, 20th Floor, Hartford, CT 06103.

## GENERAL ALLEGATIONS

11. United Airlines is a commercial air carrier engaged in the business of transportation of fare-paying passengers on regularly scheduled flights in aircraft owned, leased, operated, managed, maintained and/or controlled by United Airlines and its agents. As a common carrier, United Airlines is obligated and expected to provide the highest

degree of care to its passengers and has a legal duty to maintain its aircraft in a reasonably safe condition.

12. On May 1, 2023, United Airlines was the owner, lessee, operator, and/or entity in control of United Airlines Flight # UA1700, which departed Los Angeles International Airport in Los Angeles, California flying to its final destination of Newark Liberty International Airport in Newark, New Jersey.

13. United Airlines was also the employer of the crew and flight attendants on United Airlines Flight UA1700. United Airlines was legally responsible for the actions of the flight attendants and crew.

14. The Plaintiff was a paying passenger on United Airlines Flight # UA1700. The Plaintiff was assigned to sit in Seat 32F.

15. On May 1, 2023, upon takeoff, the Flight Attendant asked for all seats to be put in an upright position.

16. During the subject flight, the seat right in front of the Plaintiff, Seat 31F, should have been secured in an upright position, but this particular seat was dangerous and/or defective and would not stay upright.

17. As a result of the dangerous and/or defective seat, Seat 31F slammed backwards multiple times hitting the Plaintiff's knee during the duration of the flight.

18. Consequently, and through no fault of his own, the Plaintiff was injured. These injuries include, but are not limited to: right knee pain, right knee damage, and an aggravation to a pre-existing knee injury.

19. As a further result of these injuries, the Plaintiff incurred medical expenses and will incur future medical expenses as a result of these injuries and the required medical treatment for the same.

20. As a further result of these injuries, the Plaintiff also suffered loss of business and work opportunities as he was forced to adopt a modified work schedule.

### COUNT 1 - Negligence

21. The allegations set forth in paragraphs 1 through 20 are incorporated in this Count by reference as if more fully set forth herein.

22. At all times relevant herein, United Airlines owed a duty to passengers aboard the flight, including the Plaintiff, to exercise reasonable care in the operation of the flight, including access to safe and/or secure seats, maintenance of seats, and/or to warn passengers of defective equipment such as seats.

23. At all times relevant herein, United Airlines, as a common carrier, also owed a duty to exercise the highest degree of care for the safety of its passengers, including the Plaintiff.

24. United Airlines breached this duty by negligently permitting the seat in front of the Plaintiff's to become and remain in a dangerous and/or defective condition.

25. United Airlines had or should have had the knowledge or notice of the existence of the mentioned dangerous and/or defective condition.

26. As a direct and proximate result of the mentioned dangerous and/or defective condition within the United Airlines aircraft, the Plaintiff sustained severe, permanent and disabling injuries and damages, as will be more specifically set forth.

27. The mentioned incident and resulting injuries and damages sustained by the Plaintiff directly and proximately resulted from negligence, carelessness and/or unlawful actions of United Airlines, whose conduct consisted of, but were not limited to, the following:

    a. Failing to provide safe and secure seats on the aircraft;

    b. Failing to warn the Plaintiff that the seat in front of him was defective;

 c. Failing to maintain the seats on its aircraft;

 d. Failing to inspect the seats on its aircraft;

 e. Failing to repair the seats on its aircraft;

 f. Permitting the Plaintiff to occupy seat 32F, when United Airlines, knew or should have known, that Seat 31F was dangerous and/or defective and involved an unreasonable risk of harm to the Plaintiff;

 g. Failing to provide the Plaintiff with a safe seat on the aircraft;

 h. Allowing a dangerous and/or defective condition to exist within the airplane while business invitees of United Airlines were allowed to utilize the airplane seat in question; and

 i. Failing to train flight attendants on how to provide safe seats to passengers.

28. As a direct, foreseeable, and proximate result of United Airlines negligence, the Plaintiff was seriously injured and these injuries include, but are not limited to: right knee pain, right knee damage, and an aggravation to a pre-existing knee injury.

29. As a direct, foreseeable, and proximate result of United Airlines negligence, the Plaintiff incurred medical expenses and will incur future medical expenses as a result of these injuries and the required medical treatment for the same.

30. As a direct, foreseeable, and proximate result of United Airlines negligence, the Plaintiff also suffered loss of business and work opportunities as he was forced to adopt a modified work schedule.

WHEREFORE, the Plaintiff requests:

1. Monetary Damages

2. Any other Relief that this Court deems Just and Reasonable

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury of all issues so triable as of right.

                          Respectfully submitted,

                          PLAINTIFF,
                          ASIM SEYAL

                          /s/ Margaret Santandreu
                          MARGARET SANTANDREU
                          Fed. Bar. No: ct31529
                          TIMOTHY L. O'KEEFE
                          Fed. Bar. No.: ct15005
                          Kenny O'Keefe & Usseglio, P.C.
                          21 Oak Street, Suite 208
                          Hartford, Connecticut 06106
                          Phone: (860) 246-2700
                          Fax: (860) 246-6480
                          msantandreu@kou-law.com
                          tokeefe@kou-law.com